IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

RAYMOND CALVIN,
ADC #118038                                                                                          PLAINTIFF

v.                                            1:09CV00006HLJ

LARRY MAY, et al.                                                                                 DEFENDANTS

ORDER

The Court has determined the issuance of summons and service to be appropriate for defendant Sheri Burris (DE #15).  Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendant Sheri Burris.  The Clerk of the Court shall prepare summons for the defendant and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE #6) and summons on defendant <u>in care of</u> the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 8th day of July, 2009.

_____
United States Magistrate Judge