IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

RAYMOND CALVIN,
ADC #118038                                                                                          PLAINTIFF

v.                                          1:09CV00006HLJ

LARRY MAY, et al.                                                                                  DEFENDANTS

ORDER

This matter is before the Court on plaintiff's motions to continue, to compel, for discovery, and for an extension of time to complete discovery (DE ##64, 65, 67, 68).

In support of his motions to continue and for extension of time to complete discovery, plaintiff asks the Court to continue the Court trial date of January 27, 2010, to allow him more time in which to complete discovery. Plaintiff's motions to compel and for discovery are actually requests for discovery from defendants.

Currently, the Court finds plaintiff has sufficient time in which to engage in discovery with defendants, prior to the January 27, 2010 trial date. If discovery is not complete by the November 12, 2009 deadline as set forth in the Scheduling Order, plaintiff may file a motion for extension of time in which to complete such. The Court finds no support for delaying the trial date at this time. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motions to continue and for extension of time (DE ##64, 68) are hereby DENIED without prejudice.

IT IS FURTHER ORDERED that plaintiff's motions to compel and for discovery (DE ##65, 67) are actually requests for discovery from the defendants, and should be re-docketed as such.

IT IS SO ORDERED this 29th day of September, 2009.

_____
United   States   Magistrate   Judge